UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINTEL MILLER | Case No. 3:24-CR-69-CCB-SJF |

## ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed October 2, 2025. (ECF 55). Defendant Quintel Miller pleaded guilty to a lesser included offense of the sole count of the Indictment, namely distributing 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to the lesser included offense of the sole count of the Indictment is hereby accepted, and the defendant is adjudged guilty of the lesser included offense of the sole count of the Indictment.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on October 21, 2025.

                                              /s/ *Cristal C. Brisco*
                                              CRISTAL C. BRISCO, JUDGE
                                              UNITED STATES DISTRICT COURT